

# Fourth Court of Appeals
## San Antonio, Texas

July 21, 2017

No. 04-17-00349-CV

**IN THE INTEREST OF M.G., CHILD**,

From the 288th Judicial District Court, Bexar County, Texas
Trial Court No. 2016PA02386
Honorable Charles E. Montemayor, Judge Presiding

## O R D E R

The Appellant's Motion for Extension of Time to File Brief is hereby GRANTED. The Appellant's Brief is due August 2, 2017. FURTHER MOTIONS FOR EXTENSION OF TIME ARE DISFAVORED.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 21st day of July, 2017.

_____
Luz Estrada
Chief Deputy Clerk